OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

RESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

11/17/2015
**WILLIAMS, RODNEY KEVIN** Tr. Ct. No. 1231935-A                    WR-82,421-05

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM RODNEY KEVIN WILLIAMS
HARRIS COUNTY HARRIS COUNTY SHERIFF'S OFFICE
SPN: 02240967

BN3B 77002